STATE OF MINNESOTA

IN SUPREME COURT

ADM09-8009



June 22, 2016

OFFICE OF
APPELLATE COURTS

**ORDER PROMULGATING AMENDMENTS TO
THE GENERAL RULES OF PRACTICE FOR THE
DISTRICT COURTS**

The State Court Administrator, together with the Judicial District Administrators workgroup, recommend an amendment to the General Rules of Practice for the District Courts to establish a uniform, statewide fee that will be charged by court administration when individuals mandated to file electronically are granted permission pursuant to Minn. Gen. R. Prac. 14.01(b)(3), for good cause shown, to conventionally file documents in a case. Court personnel will, upon payment of the appropriate fee, scan the conventionally filed documents into the court's electronic case management system.

Based on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the attached amendments to the General Rules of Practice for the District Courts be, and the same are, prescribed and promulgated to be effective July 1, 2016. The rules as amended shall apply to all cases pending on, or filed on or after, the effective date.

Dated: June 22, 2016

BY THE COURT:

Lorie S. Gildea
Chief Justice

# AMENDMENTS TO THE GENERAL RULES OF PRACTICE

*[Note: In the following amendments, deletions are indicated by a line drawn through the words and additions are indicated by a line drawn under the words.]*

## RULE 14. E-FILING AND E-SERVICE

### Rule 14.01    Mandatory and Voluntary E-File and E-Service

\* \* \*

**(b)    Scope and Effective Date of Mandatory and Voluntary E-File and E-Service.**

\* \* \*

(3)    **Request for Exception to Mandatory E-file and E-Service Requirement.** A Select User required to file and serve electronically under this rule may request to be excused from mandatory e-filing and e-service in a particular case by motion to the Chief Judge of the judicial district or his or her designee. An opt-out request may be granted for good cause shown. If an opt-out request is granted, court personnel shall scan all documents filed conventionally into the court's computer system and may charge the filing party an appropriate fee a $25 scanning fee for each 50 pages, or part thereof, of the filing.